UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOY ROCCO,

    Plaintiff,

v.                                                                                         Case No: 2:12-cv-208-FtM-99SPC

TARGET CORPORATION,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Defendant's Motion to Compel Plaintiff's Responses to Discovery (Doc. #15) filed on November 14, 2012. The Court directed Plaintiff Joy Rocco to file a response on or before November 20, 2012. Plaintiff failed to file a response to the instant Motion and the time to do so has passed. Therefore, the Motion is now ripe for review.

Defendant Target Corporation moves the Court to compel Plaintiff to respond to Defendant's Slip/Fall Interrogatories, Collateral Source Interrogatories, and Request to Produce. Defendant asserts that it served this discovery on Plaintiff on May 14, 2012, and Plaintiff failed to respond within the time required pursuant to Fed. R. Civ. P. 33 and 34. As of the date of the filing of the Motion to Compel, no responses have been received from Plaintiff and no cause has been shown to the Court as to why no responses have been provided.

The Federal Rules state that, "[t]he party upon whom the request [for production] is served shall serve a written response within 30 days after the service of the request." Fed. R. Civ. P. 34(b). Likewise, a party upon whom interrogatories have been served has 30 days to respond either by filing answers or objections to the propounded interrogatories. Fed. R. Civ. P. 33(b). If

the serving party does not receive a response to their interrogatories and request for production, then the serving party may request an order compelling disclosure. Fed. R. Civ. P. 37(a). Whether or not to grant the motion to compel is at the discretion of the trial court. Commercial Union Insurance Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984).

The Court finds good cause to grant the requested relief in Defendant's Motion. Plaintiff is directed to respond to Defendant's discovery requests.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Compel Plaintiff's Responses to Discovery (Doc. #15) is **GRANTED**. Plaintiff shall have up to and including **December 7, 2012**, to produce answers and responses to Defendant's Slip/Fall Interrogatories, Collateral Source Interrogatories, and Request to Produce.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of November, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record